**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JEFFREY MARK STANTON,
ADC #146059                                                                                                PLAINTIFF

v.                                            4:10-cv-00134-BSM-JTK

DOC HOLIDAY, et al.                                                                                DEFENDANTS

**ORDER**

This matter is before the Court on Motion for Summary Judgment filed by Defendant Johnson (Doc. No. 32).  As of this date, Plaintiff has not filed a response to the Motion.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendant's Motion for Summary Judgment within ten (10) days of the date of this Order.  Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 1st day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE