UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY MARK STANTON,
ADC #146059                                                                                          PLAINTIFF

v.                              CASE NO. 4:10cv00134 BSM/JTK

DOC HOLIDAY et al.                                                                              DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by separate defendant Carl Johnson [Doc. No. 32] is GRANTED and that Johnson is DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 7th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE