**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JEFFREY MARK STANTON**
**ADC #146059**                                                                                          **PLAINTIFF**

v.                           CASE NO. 4:10CV00134 BSM

**DOC HOLLADAY, Sheriff,**
**Pulaski County, et al.**                                                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 70] have been reviewed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 59] is granted and plaintiff Jeffrey Mark Stanton's complaint against all remaining defendants is dismissed without prejudice.

2. The partial report and recommendations submitted by Judge Kearney [Doc. No. 52] are rejected as moot.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 12th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE