IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFREY MARK STANTON**
**ADC #146059**     **PLAINTIFF**

v.     **CASE NO. 4:10CV00134 BSM**

**DOC HOLLADAY, Sheriff,**
**Pulaski County, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice and the relief sought is denied.

Dated this 12th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE